**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMINE ARTIGLIO,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>STANLEY SNIFF, SHERIFF,<br><br>　　　　　Respondent. | CASE NO. SA CV 08-00555 CJC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 14, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE